Nov. Term,
1856.

JARBOE
v.
KEPLER.

*Per Curiam.*—The judgment is affirmed with costs.

*R. L. Walpole* and *C. H. Test*, for the appellant.

*R. J. Ryan*, for the State.

---

JARBOE *v.* KEPLER.

To contradict a witness with a view to impeach his credibility, the proper foundation must be laid, (by calling his attention to the time, place, person, and circumstances,) on his examination.

As the evidence in this case is not in the record, and there is no special case made and reserved under section 347, 2 R. S. p. 116, the record presents no question for the consideration of this Court.

Tuesday,
December 9.

APPEAL from the *Wayne* Court of Common Pleas.

STUART, J.—Several errors are assigned, but in argument all of them seem to be abandoned but one. That relates to a question of evidence:

When the plaintiff closed, the defendant introduced one *Kepler*. But the bill of exceptions does not disclose what this witness testified; nor does the record purport to contain all the evidence. It simply says

*Kepler* was examined as a witness in behalf of the defense. On the cross-examination a conversation between him and one *Foster* was called out. All we learn is, that "the conversation related to the subject-matter of the suit." *Foster* was then called, more, it would seem, to give fuller details of that conversation, than to contradict *Kepler*. To this the defendant excepted, &c.

Nov. Term, 1856.

*Held,* that to contradict a witness with a view to impeach his credibility, the proper foundation, by examining *Kepler* and calling his attention to the time, place, person, and circumstances, must first be laid. *Doe* v. *Reagan,* 5 Blackf. 217, and the authorities cited, and note.

*Held,* further, that as the evidence is not all in the record, and there is no special case made and reserved under the 347th section, 2 R. S. p. 116, the record presents no question for our consideration.

*Per Curiam.*—The judgment is affirmed with costs.

*C. H. Test, J. M. Wilson,* and *J. B. Julian,* for the appellant.

*O. P. Morton, J. S. Newman,* and *J. P. Siddall,* for the appellee (1).

